# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LAMAR HALL,<br><br>    Plaintiff,<br><br>v.<br><br>VERNON NAKAHARA, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00481-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REQUIRING PLAINTIFF TO PAY THE FILING FEE IN THIS ACTION<br><br>(ECF Nos. 2, 3)<br><br>FORTY-FIVE DAY DEADLINE |

Plaintiff Jason Lamar Hall is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 6, 2017, the Magistrate Judge filed findings and recommendations. The findings and recommendations recommended denying Plaintiff's application to proceed without prepayment of fees. The findings and recommendations were served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days from the date of service. The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed April 6, 2017, are ADOPTED IN FULL;
2. Plaintiff's applications to proceed without prepayment of fees in this action are DENIED;
3. Plaintiff shall pay the filing fee of $400.00 within forty-five days from the date of service of this order; and
4. If Plaintiff fails to pay the filing fee in compliance with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **May 12, 2017**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE